◼◼◼◼ LINDA SCHLEICHER, Individually and as Administrator of the Estate of STEVEN D. SCHLEICHER, Deceased, Appellant, v ROBERT CUPELO et al., Respondents. [698 NYS2d 177] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Denman, P. J., Green, Scudder, Callahan and Balio, JJ. [See, 182 Misc 2d 392.]